**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:       (406) 657-6101
FAX:         (406) 657-6989
Email:       Lori.Suek@usdoj.gov

**FILED**

JUN 1 9 2020

Clerk, U S District Court
District Of Montana
Billings

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 20- 58 -BLG- SPW** |
| **Plaintiff,** | **INDICTMENT** |
| vs. | **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I)** Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| **SIMON DOUGLAS STANLEY,** | |
| **Defendant.** | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II)** Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum five years to forty years of imprisonment, $5,000,000 fine, and at least five years of supervised release) |

1

|  | **POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (Count III)** Title 18 U.S.C. § 924(c)(1)(A)(i) **(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)** **PROHIBITED PERSON IN POSSESSION OF FIREARMS AND AMMUMITION** Title 18 U.S.C. § 922(g)(3) (Count IV) **(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)** **CRIMINAL FORFEITURE** 18 U.S.C. § 924(d) and 21 U.S.C. § 853 **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
| --- | --- |

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or before 2018, and continuing through at least March 12, 2020, at Miles City, in Custer County, and other locations in the State and District of Montana, and elsewhere, the defendant, SIMON DOUGLAS STANLEY, with others both known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to possess with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C.

2

§ 846.

## COUNT II

That on or about March 12, 2020, at Miles City, in Custer County, and other locations in the State and District of Montana, and elsewhere, the defendant, SIMON DOUGLAS STANLEY, knowingly possessed, with the intent to distribute, 5 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That on or about March 12, 2020, in Miles City, in Custer County, in the State and District of Montana, the defendant, SIMON DOUGLAS STANLEY, knowingly possessed at least one firearm in furtherance of the drug trafficking crime charged in counts II and III above, crimes that may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT IV

On or about March 12, 2020, in Miles City, in Custer County, in the State and District of Montana, the defendant, SIMON DOUGLAS STANLEY, knowing that he is an unlawful drug user and addict of any controlled substance, knowingly and unlawfully possessed, in and affecting interstate commerce, at least one firearm and ammunition, in violation of 18 U.S.C. § 922(g)(3).

3

FORFEITURE ALLEGATION

Upon conviction of any offense charged in counts I or II of this indictment, the defendant, SIMON DOUGLAS STANLEY, shall forfeit to the United States, pursuant to 21 U.S.C. § 853: (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of offenses; and (2) any property used, and intended to be used, in any manner and part, to commit and facilitate the commission of the offenses.

Upon conviction of the offenses alleged in counts III and IV, the defendant, SIMON DOUGLAS STANLEY, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved and used in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Arraignment: 7/23/2020, 9:00 am, Blgs, TJC

Crim. Summons ✓ _____

Warrant: _____

Bail: _____

4