IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
SEP 24 2020
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 20-58-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| | ORDER |
| vs. | |
| SIMON DOUGLAS STANLEY, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the suppression hearing currently set for Friday, October 9, 2020 at 1:00 p.m., is **VACATED** and **RESET** for **Friday, October 9, 2020 at 9:00 a.m., changing the time of the hearing only.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 24th day of September, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1