IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-58-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| SIMON DOUGLAS STANLEY, | |
| Defendant. | |

WHEREAS, in the indictment in the above case, the United States sought forfeiture of any property of the above-captioned person, pursuant to 21 U.S.C. § 853, as property used or intended to be used to facilitate the violations alleged in the indictment, or as proceeds of said violations;

AND WHEREAS, on January 29, 2021, the defendant entered a plea of guilty to count II of the indictment charging possession with intent to distribute methamphetamine;

AND WHEREAS, the defendant pled true to the forfeiture allegation that stated that as a result of the offenses charged in the indictment, the defendants shall forfeit:

- firearms and ammunition.

1

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the property, pursuant to 21 U.S.C. § 841(a)(1), 21 U.S.C. § 853, and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

ACCORDINGLY, IT IS ORDERED:

1. That based upon the plea of guilty by the defendant to count II contained in the indictment, and the plea of true to the forfeiture allegation, the United States is authorized and ordered to seize the following property. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of to 21 U.S.C. § 853(n)(1):

- a Beretta USA Corp 92FS Pistol CAL:9 (SN: BER175118);
- a Smith & Wesson 37 Revolver CAL:38 (SN: DAA2862);
- a Sig-Sauer Mosquito Pistol CAL:22 (SN:F308942);
- a Sig Sauer (Sig-Arms) P229 Pistol CAL:9 (SN: 45A001390);
- a Ruger Single Six Revolver CAL:22 (SN: 264-58709);
- a Smith & Wesson Highway Patrolman Revolver CAL:357 (SN: N197548);
- a Colt King Cobra Revolver CAL:357 (SN: KC7249);
- a Colt Trooper MKIII Revolver CAL:357 (SN: 69390 J);
- a Smith & Wesson 617 Revolver CAL:22 (SN: DCM9646);
- a Kinber Solo Carry STS Pistol CAL:9 (SN: 1172407);
- a Smith & Wesson 940 Revolver CAL:9 (SN: CCB4308);
- a Walther P22 Pistol CAL:22 (SN: L324881);
- a Colt Lawman MKIII Revolver CAL:357 (SN: J81749);
- a Smith & Wesson 60 Revolver CAL:38 (SN: LAFU9060);
- a Butler MFG INC (Butler Associates) Baron Derringer CAL:22 (SN: B15141);
- a Ruger Single Six Revolver CAL:22 SN: 268-44592;
- a Ruger New Model Single Six Revolver CAL:17 (SN: 265-54574);

- a Henry Repeating Rifle Company H001 Lever Action Rifle CAL:22 (SN: 546875H);
- a Colt Frontier Scout Revolver CAL:22 (SN: 172601F);
- a Mossberg 590 Shotgun CAL:12 (SN: R638129);
- a Henry Repeating Rifle Company H004V Golden Boy Rifle CAL:17 (SN: GB091622V);
- a Marlin Firearms Co. 410 Shotgun CAL:410 (SN: 97030737);
- a Winchester 9422M Rifle CAL:22 (SN: F260933);
- a Ruger Mini 14 Rifle CAL:223 (SN:1 81-23790);
- a Henry Repeating Rifle Company H001ML Pistol CAL:22 (SN: HML004582);
- a CZ (Ceska Zbrojovka) M6 Scout Combination Gun CAL:22/410 (SN: MC069979);
- a Ruger 10/22 Rifle CAL:22 (SN: 238-51884);
- a Henry Repeating Rifle Company H001ML Pistol CAL:22 (SN: HML005011);
- a Remington Arms Company, Inc. 572 Rifle CAL:22 (SN: B1577065);
- a Ruger 77/22 Rifle CAL:22 (SN: 720-73974);
- a Rossi M92 Ranch Hand Pistol CAL:357 (SN: K299049);
- a Browning 1885 Rifle CAL:22 (SN: 04603NV2L7);
- a Ruger 10/22 50TH ANNY Rifle CAL:22 (SN: 828-08666);
- a Savage 1905 Rifle CAL:22 (SN: None);
- a Winchester 92 Rifle CAL:25-20 (SN: 204827);
- a Winchester 1906 Rifle CAL:22 (SN: 316359);
- a Marlin Firearms Co. 1897 Rifle CAL:22 (SN: 239948);
- an Alpine Industries M1 Rifle CAL:30 (SN: 306246); and
- a Beretta USA Corp 92FS Pistol CAL:9 (SN: BER036387).

2. That the aforementioned forfeited property is to be held by the United States in its secure custody and control.

3. That, pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a suitable means of general circulation notice of this order, notice of the United States' intent to dispose of the

property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practical, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of all third-party interests, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 24th day of June, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge