# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-58-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| SIMON DOUGLAS STANLEY, | |
| Defendant. | |

Whereas, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

AND WHEREAS, on January 13, 2021, Simon Douglas Stanley entered into a plea agreement wherein he agreed to plead guilty to count II of the indictment, which charged him with possession with intent to distribute methamphetamine;

AND WHEREAS, the defendant, pursuant to the plea agreement with the United States, agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant pleaded guilty;

1

AND WHEREAS, by virtue of said guilty plea, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

AND WHEREAS, beginning on June 30, 2021, and ending on July 29, 2021, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- a Beretta USA Corp 92FS Pistol CAL:9 (SN: BER175118);
- a Smith & Wesson 37 Revolver CAL:38 (SN: DAA2862);
- a Sig-Sauer Mosquito Pistol CAL:22 (SN:F308942);
- a Sig Sauer (Sig-Arms) P229 Pistol CAL:9 (SN: 45A001390);
- a Ruger Single Six Revolver CAL:22 (SN: 264-58709);
- a Smith & Wesson Highway Patrolman Revolver CAL:357 (SN: N197548);
- a Colt King Cobra Revolver CAL:357 (SN: KC7249);
- a Colt Trooper MKIII Revolver CAL:357 (SN: 69390 J);
- a Smith & Wesson 617 Revolver CAL:22 (SN: DCM9646);
- a Kinber Solo Carry STS Pistol CAL:9 (SN: 1172407);
- a Smith & Wesson 940 Revolver CAL:9 (SN: CCB4308);
- a Walther P22 Pistol CAL:22 (SN: L324881);
- a Colt Lawman MKIII Revolver CAL:357 (SN: J81749);
- a Smith & Wesson 60 Revolver CAL:38 (SN: LAFU9060);
- a Butler MFG INC (Butler Associates) Baron Derringer CAL:22 (SN: B15141);
- a Ruger Single Six Revolver CAL:22 SN: 268-44592;
- a Ruger New Model Single Six Revolver CAL:17 (SN: 265-54574);
- a Henry Repeating Rifle Company H001 Lever Action Rifle CAL:22 (SN: 546875H);
- a Colt Frontier Scout Revolver CAL:22 (SN: 172601F);

- a Mossberg 590 Shotgun CAL:12 (SN: R638129);
- a Henry Repeating Rifle Company H004V Golden Boy Rifle CAL:17 (SN: GB091622V);
- a Marlin Firearms Co. 410 Shotgun CAL:410 (SN: 97030737);
- a Winchester 9422M Rifle CAL:22 (SN: F260933);
- a Ruger Mini 14 Rifle CAL:223 (SN:1 81-23790);
- a Henry Repeating Rifle Company H001ML Pistol CAL:22 (SN: HML004582);
- a CZ (Ceska Zbrojovka) M6 Scout Combination Gun CAL:22/410 (SN: MC069979);
- a Ruger 10/22 Rifle CAL:22 (SN: 238-51884);
- a Henry Repeating Rifle Company H001ML Pistol CAL:22 (SN: HML005011);
- a Remington Arms Company, Inc. 572 Rifle CAL:22 (SN: B1577065);
- a Ruger 77/22 Rifle CAL:22 (SN: 720-73974);
- a Rossi M92 Ranch Hand Pistol CAL:357 (SN: K299049);
- a Browning 1885 Rifle CAL:22 (SN: 04603NV2L7);
- a Ruger 10/22 50TH ANNY Rifle CAL:22 (SN: 828-08666);
- a Savage 1905 Rifle CAL:22 (SN: None);
- a Winchester 92 Rifle CAL:25-20 (SN: 204827);
- a Winchester 1906 Rifle CAL:22 (SN: 316359);
- a Marlin Firearms Co. 1897 Rifle CAL:22 (SN: 239948);
- an Alpine Industries M1 Rifle CAL:30 (SN: 306246); and
- a Beretta USA Corp 92FS Pistol CAL:9 (SN: BER036387).

AND WHEREAS, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited assets shall be disposed of by Bureau of Alcohol, Tobacco, Firearms, and Explosives in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this order to the Bureau of Alcohol, Tobacco, Firearms and Explosives.

DATED this 18th day of October, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge