IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIMON DOUGLAS STANLEY<br><br>Defendant. | CR 20-58-BLG-SPW<br><br><br><br>ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Probation (Doc. 60) pursuant to Title 18 U.S.C. § 3583(e)(l), and good cause being shown,

**IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED**. Simon Douglas Stanley's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify counsel and the U.S. Probation Office of the making of this Order.

DATED this __2nd__ day of January, 2024.

SUSAN P. WATTERS
United States District Judge

1